ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

            - v -                  :          NOTICE OF INTENT TO
                                              FILE AN INFORMATION
EDWIN SALVADOR,                    :
        a/k/a "Peligro,"           :

                Defendant.         :

- - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          January 28, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

                   By:  _____
                        Todd Blanche
                        Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                   By:  _____
                        Andrew Patel, Esq.
                        Attorney for Edwin Salvador

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

1/30/08   WHEEL A

Jan. 30, 200818

Case assigned to Judge Marrero.

Freeman. USMJ