UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

EDWIN SALVADOR,
    a/k/a "Peligro,"

               Defendant.

- - - - - - - - - - - - - - - - - - x



INFORMATION

08 Cr.

08 CRIM 117

## COUNT ONE

The United States Attorney charges:

1. On or about June 22, 2007, in the Southern District of New York, EDWIN SALVADOR, a/k/a "Peligro," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, SALVADOR, and others known and unknown, committed a gunpoint robbery of a bodega located on East 167th Street, Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT TWO

The United States Attorney further charges:

2. On or about June 22, 2007, in the Southern District of New York, EDWIN SALVADOR, a/k/a "Peligro," the defendant, unlawfully, willfully, and knowingly, during and in relation to a

relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, a semi-automatic pistol, which was brandished during the robbery charged in Count One.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

                                        *[signature]*
                                  MICHAEL J. GARCIA
                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**EDWIN SALVADOR,**
**a/k/a "Peligro,"**

Defendant.

---

**INFORMATION**

08 Cr.

(18 U.S.C. §§ 2, 924(c), 1951)

                                         MICHAEL J. GARCIA
                                     United States Attorney.

---