UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                          :

EDWIN SALVADOR,
    a/k/a "Peligro,"                :

                 Defendant.     :

------------------------------------x

**WAIVER OF INDICTMENT**

08 Cr. 117

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 924(c), and 1951, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         February 11, 2008



0202