UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

EDWIN SALVADOR,

Defendant.

08 Cr. 0117 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Government (see attached letter) requests that the next conference for defendant be rescheduled to allow the parties to continue working towards a disposition. Accordingly, the conference scheduled for March 28, 2008 is cancelled and the next conference in this matter is scheduled for April 18, 2008 at 10:30 a.m. All parties to this action consent to an exclusion of the adjourned time from Speedy Trial Act calculations until April 18, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       27 March 2008

Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2008

**By Facsimile**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

    Re:    <u>United States v. Edwin Salvador</u>,
              08 Cr. 117 (VM)

Dear Judge Marrero:

    A pre-trial conference in this case is scheduled for Friday, March 28, 2008. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the March 28, 2008 conference date. Therefore, the parties jointly request that the conference scheduled for March 28, 2008, be adjourned for approximately three weeks, to allow the parties to continue to work towards a disposition.

    If the Court grants this request, then the Government respectfully requests that the Court exclude time from March 28, 2008, until the date set by the Court, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a

Hon. Victor Marrero
March 27, 2008
Page 2

possible disposition of this case.  Counsel for defendant consents to this request for the exclusion of time.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By:   */s/ Todd Blanche*
       Todd Blanche
       Assistant U.S. Attorney
       (212) 637-2494
       (212) 637-2390 (facsimile)

cc:  Henry D. Becker, Esq.
     42 Madison Avenue
     Garnerville, New York 10923
     (by facsimile)