```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────
UNITED STATES OF AMERICA

— against —

EDWIN SALVADOR,

                  Defendant.

08 Cr. 0117 (VM)

**ORDER**
───────────────────────────────

**VICTOR MARRERO**, United States District Judge.

    The Government (see attached letter) requests that the next conference for defendant be rescheduled to allow the parties to continue working towards a disposition. Accordingly, the conference scheduled for July 25, 2008 is adjourned and the next conference in this matter is scheduled for September 5, 2008 at 4:45 p.m. All parties to this action consent to an exclusion of the adjourned time from Speedy Trial Act calculations until September 5, 2008.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       24 July 2008

                                            Victor Marrero
                                              U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2008

**By Facsimile**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

    Re:    <u>United States v. Edwin Salvador</u>,
             08 Cr. 117 (VM)

Dear Judge Marrero:

    A pre-trial conference in this case is scheduled for Friday, July 25, 2008. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the July 25, 2008 conference date. Therefore, the parties jointly request that the conference scheduled for July 25, 2008, be adjourned for approximately three weeks, to allow the parties to continue to work towards a disposition. Your Honor's Chambers has informed the Government that if the parties reach a disposition within the next three weeks, then the parties should go to the Magistrate's Court for that proceeding.

    If the Court grants this request, then the Government respectfully requests that the Court exclude time from July 25, 2008, until the date set by the Court, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a

Hon. Victor Marrero
July 23, 2008
Page 2

possible disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney


By: _/s/ Todd Blanche_____
     Todd Blanche
     Assistant U.S. Attorney
     (212) 637-2494
     (212) 637-2390 (facsimile)

cc: Andrew Patel, Esq.
    (by facsimile)



# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, SDNY
ONE SAINT ANDREW'S
NEW YORK, NY 10007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Todd Blanche, Assistant United States Attorney

Office Phone No.: 212-637-2494

Fax Number: 212-637-2390

No. pages (including cover sheet): 3

Date sent: July 23, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To: Hon. Victor Marrero

Office Phone No.: 212-805-6374

Fax Number: (212) 805-6382

Remarks:   Please see attached re: United States v. Edwin Salvador

cc: Andrew Patel, Esq. (212) 346-4665