UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                             :

EDWIN SALVADOR,                     :
    a/k/a "Peligro,"
                                      :
             Defendant.
                                      :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2008

**INFORMATION**

S1 08 Cr. 117 (VM)

## COUNT ONE

        The United States Attorney charges:

        1.  From at least in or about 2004, up to and including on or about October 11, 2007, in the Southern District of New York and elsewhere, EDWIN SALVADOR, a/k/a "Peligro," the defendant, together with others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, SALVADOR agreed with others known and unknown, to commit robberies and attempted robberies of persons engaged in narcotics trafficking and/or commercial activities that affected interstate commerce.

        (Title 18, United States Code, Section 1951.)

COUNTS TWO THROUGH SIX

The United States Attorney further charges:

2. On or about the dates set forth below, in the Southern District of New York, EDWIN SALVADOR, a/k/a "Peligro," the defendant, and others known and unknown, unlawfully, willfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, SALVADOR, the defendant, and others known and unknown, committed the following robberies of persons engaged in narcotics trafficking and/or commercial activities that affected interstate commerce:

| COUNT | APPROXIMATE DATE | GENERAL LOCATION | ITEM(S) SOUGHT |
|---|---|---|---|
| TWO | Summer 2004 | 190 Davidson Avenue, Bronx, NY | Narcotics proceeds |
| THREE | December 2005 | Bronx, NY | Gambling proceeds |
| FOUR | October 2006 | Andrews Avenue, Bronx, New York | Narcotics |
| FIVE | October 7, 2006 | Bronx, NY | Proceeds from a business |
| SIX | November 14, 2006 | 1200 College Avenue, Bronx, NY | Narcotics and narcotics proceeds |

(Title 18, United States Code, Sections 1951 and 2.)

COUNT SEVEN

The United States Attorney further charges:

3.  On or about October 7, 2006, in the Southern District of New York, EDWIN SALVADOR, a/k/a "Peligro," the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Five of this Information, did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, to wit, at least two semi-automatic pistols, which were brandished during the robbery charged in Count Five of this Information.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii), 924(c)(1)(C)(i), and 2.)

COUNT EIGHT

The United States Attorney further charges:

4.  In or about November 14, 2006, in the Southern District of New York, EDWIN SALVADOR, a/k/a "Peligro," the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Six of this Information, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit,

a semi-automatic pistol, which was brandished during the robbery charged in Count Six of this Information.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## COUNT NINE

The United States Attorney further charges:

5.  From at least in on or about 2004, up to and including on or about October 11, 2007, in the Southern District of New York and elsewhere, EDWIN SALVADOR, a/k/a "Peligro," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

6.  It was a part and an object of the conspiracy that EDWIN SALVADOR, a/k/a "Peligro," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

7.  It was a further part and an object of the conspiracy that EDWIN SALVADOR, a/k/a "Peligro," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine

4

base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

    8. It was a further part and an object of the conspiracy that EDWIN SALVADOR, a/k/a "Peligro," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

    9. As the result of committing the robbery offenses in violation of Title 18, United States Code, Section 1951, alleged in Counts One through Six of this Information, EDWIN SALVADOR, a/k/a "Peligro," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

    10. As a result of committing one or more of the controlled substance offenses alleged in Count Nine of this

Information, EDWIN SALVADOR, a/k/a "Peligro," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count Nine of this Information, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

<u>Substitute Assets Provision</u>

11.   If any of the forfeitable property described in paragraphs 9 and 10 of this Information, as a result of any act or omission of the defendant:

    (1)   cannot be located upon the exercise of due diligence;

    (2)   has been transferred or sold to, or deposited with, a third person;

    (3)   has been placed beyond the jurisdiction of the Court;

    (4)   has been substantially diminished in value; or

    (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981,
Title 28, United States Code, Section 2461,
Title 18, United States Code, Section 1951, and
Title 21, United States Code, Sections 841(a)(1) and 853.)

                                          _____
                                          MICHAEL J. GARCIA
                                          United States Attorney

Case 1:08-cr-00117-VM    Document 18    Filed 09/05/2008    Page 8 of 8